Bankruptcy No. 17-13751          Adversary No. 17-204

## CERTIFICATE OF SERVICE

I, **Michael A. Cataldo** certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made **July 21, 2017** (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:
- William C. Miller, Esquire, Chapter 13 Trustee, P.O Box 1229, Philadelphia, PA 19105
- William Demchak, CEO PNC Bank National Association, 1 PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

(X) State Law: The Defendant was served pursuant to the laws of the State of **PA** (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

**7/21/17**          _Michael A. Cataldo_
Date                 Signature

Print Name          **Michael A. Cataldo**
Business Address    **1500 Walnut St. Suite 900**
City, State, Zip    **Philadelphia, PA 19102**