# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                        :Chapter13
Scott and Aimee Cantwell

**Scott and Aimee Cantwell**              Bankruptcy#17-13751JKF13
         **v.**
**PNC Bank National Association**

     (DEBTOR)                                :Adv.# 17-00204

### Request for consent of clerk of Bankruptcy court for entry of Default Judgment

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly consent to the entry of a Default Judgment in the above Adversary matter.

DATED:August 30, 2017            _____/s/_____
                                 Michael A.Cataldo, Esquire
                                 Cibik and Cataldo, P.C.
                                 1500 Walnut Street, Suite 900
                                 Philadelphia, PA 19102
                                 (215) 735-1060