**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                    :Chapter 13
**Scott C. Cantwell**
**Aimee M. Cantwell**

    (DEBTOR)                                             :Bankruptcy#17-13751JKF13


<u>PRAECIPE</u>


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw the request for consent of clerk of Bankruptcy court for entry of default judgment filed on August 30, 2017 document number 5.



DATED: August 31, 2017                    _____/s/_____
                                          Michael A. Cataldo, Esquire
                                          Cibik and Cataldo, P.C.
                                          1500 Walnut Street, Suite 900
                                          Philadelphia, PA 19102
                                          (215) 735-1060