## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE** | :Chapter13 |
| Scott and Aimee Cantwell | |
|     (DEBTOR) | |
| Scott and Aimee Cantwell | : **Bankruptcy#17-13751JKF13** |
|     v. | |
| PNC Bank National Association | |
| | :Adv. #17-00204 |

### Request for consent of clerk of Bankruptcy court for entry of default

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly consent to the entry of a default in the above Adversary matter.


DATED:August 31, 2017          _____/s/_____
                                            Michael A.Cataldo, Esquire
                                            Cibik and Cataldo, P.C.
                                            1500 Walnut Street, Suite 900
                                            Philadelphia, PA 19102
                                            (215) 735-1060